UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:21-cv-00144-RLY-MPB |
| | ) |
| UNIVERSITY OF SOUTHERN INDIANA, | ) |
| | ) |
| Defendant. | ) |

## NOTICE AND ORDER

At the Parties request, this matter is set for a **TELEPHONIC STATUS CONFERENCE** before Magistrate Judge Matthew P. Brookman on **OCTOBER 1, 2021 at 10:00 a.m., (CST)**, Central Time. The information needed by counsel to participate in this telephone conference will be provided by a separate notification.

Dated: September 30, 2021

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to all ECF registered counsel of record.