# UNITED STATES DISTRICT COURT
## Southern District of Indiana

| | | |
|---|---|---|
| JOHN DOE | ) | |
|       Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:21–cv–00144–RLY–MPB |
| | ) | |
| UNIVERSITY OF SOUTHERN INDIANA | ) | |
|       Defendant(s) | ) | |

## ORDER OF RECUSAL/DISQUALIFICATION

In accordance with the provisions of Title 28 U.S.C. §455, the undersigned hereby disqualifies himself/herself in this matter. The Clerk of Court is directed to randomly reassign this matter to another Judge, pursuant to the court's reassignment procedures.

IT IS SO ORDERED.


DATE: <u>October 1, 2021</u>        <u>  s/   Judge Richard L. Young  </u>
United States District Court
Southern District of Indiana