UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

JOHN DOE,                                    )
                                             )
                    Plaintiff                )
                                             )
                    v.                       )          CASE NO.  3:21-cv-00144-JRS-MPB
                                             )
UNIVERSITY OF SOUTHERN INDIANA,              )
                                             )
                    Defendant                )

### <u>ORDER GRANTING LEAVE TO PROCEED UNDER PSEUDONYM</u>

This matter comes before the Court on Plaintiff's *Motion to Proceed Under Pseudonym* (Dkt. No. 15).  Defendant, University of Southern Indiana, has filed a *Statement of Non-Opposition* (Dkt. No. 17) to Plaintiff's motion. The Court, being duly advised in the premises, hereby GRANTS said motion.

IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED AND DECREED that Plaintiff can proceed herein under the pseudonym "John Doe" and that any filings herein that contain Plaintiff's actual name shall and must be immediately sealed and shall and must remain under seal.

SO ORDERED this 8th day of October, 2021.


_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana


*Distribution to counsel of record via ECF*