UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | CASE NO.  3:21-cv-00144-JRS-MPB |
| | ) | |
| UNIVERSITY OF SOUTHERN INDIANA, | ) | |
|     Defendant | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to ECF 13, October 18, 2021, is Plaintiff's due date to file his preliminary injunction motion and supporting memorandum.  Plaintiff requests to extend this deadline by two days, making the new due date October 20, 2021.  The good cause shown for this extension is that Plaintiff's undersigned counsel has lost two family members in the last two weeks.  Prior to filing this motion, the undersigned counsel communicated with Attorney Kealey, attorney of record for the Defendant.  Attorney Kealey advised that Defendant consents to the requested extension.  A proposed order is supplied with this motion.

    Respectfully submitted,

    ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP

BY: */s/ Keith W. Vonderahe*
    Robert L. Burkart, 16664-82
    Keith W. Vonderahe, 21908-82
    Matthew S. Koressel, 35276-49
    20 NW First Street, Ninth Floor
    P. O. Box 916
    Evansville, Indiana   47706-0916
    Phone: (812) 424-7575
    Fax: (812) 421-5089
    rburkart@zsws.com
    kvonderahe@zsws.com
    mkoressel@zsws.com

## CERTIFICATE OF SERVICE

   I certify that on October 5, 2021, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

William P. Kealey, Esq.
wpk@stuartlaw.com

Joseph H. Harrison III, Esq.
jhh@stuartlaw.com

      */s/ Keith W. Vonderahe*
      Keith W. Vonderahe