# UNITED STATES DISTRICT COURT
### Southern District of Indiana

| | |
|---|---|
| JOHN DOE | ) |
|     Plaintiff(s), | ) |
| | ) |
| vs. | ) CASE NO. 3:21–cv–00144–JRS–MPB |
| | ) |
| UNIVERSITY OF SOUTHERN INDIANA | ) |
|     Defendant(s) | ) |

## ORDER OF RECUSAL/DISQUALIFICATION

In accordance with the provisions of Title 28 U.S.C. §455, the undersigned hereby disqualifies himself/herself in this matter. The Clerk of Court is directed to randomly reassign this matter to another Judge, pursuant to the court's reassignment procedures.

IT IS SO ORDERED.

DATE: November 15, 2021          /s/  Judge James R. Sweeney II
                                              United States District Court
                                              Southern District of Indiana