# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Roger A. G. Sharpe

### Clerk of the Court

| | |
|---|---|
| 46 East Ohio Street, Room 105 | 101 Northwest MLK Boulevard |
| Indianapolis, Indiana | Evansville, Indiana |
| 46204 | 47708 |
| 921 Ohio Street | 121 West Spring Street |
| Terre Haute, Indiana | New Albany, Indiana |
| 47807 | 47150 |

November 15, 2021

Re: DOE v. UNIVERSITY OF SOUTHERN INDIANA
Cause Number:
3:21−cv−00144−TWP−MPB

TO ALL COUNSEL OF RECORD:

   Pursuant to Title 28 U.S.C. §455, the above matter was reassigned from the docket of Judge James R. Sweeney II to the docket of Judge Tanya Walton Pratt on November 15, 2021. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 3:21−cv−00144−TWP−MPB should be used on all future filings.**

Sincerely,

Roger A. G. Sharpe, Clerk of Court

By:  s/Jon Blankenberger
Jon Blankenberger, Deputy Clerk