UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN DOE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 3:21-cv-00144-JRS-MPB |
| ) | |
| UNIVERSITY OF SOUTHERN ) | |
| INDIANA ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REDACTED FILING

Pursuant to this Court's Order dated November 12, 2021 (DE 72), Defendant, University of Southern Indiana, by counsel, files the attached redacted exhibit previously tendered as Exhibit C (DE 60) to its Brief in Opposition to Motion for Preliminary Injunction which is referred to therein and titled for purposes of identification on the public docket as "August 3, 2021 Meeting Notes."


Dated: November 17, 2021              Respectfully submitted,

                                      */s/ Joseph H. Harrison III*
                                      Joseph H. Harrison III (Attorney No. 35248-53)
                                      William P. Kealey (Attorney No. 18973-79)
                                      STUART & BRANIGIN LLP
                                      300 Main Street, Suite 900
                                      P.O. Box 1010
                                      Lafayette, IN 47902-1010
                                      Telephone:  765-423-1561
                                      Facsimile: 765-742-8175
                                      Email: jhh@stuartlaw.com
                                               wpk@stuartlaw.com
                                      ***Attorneys for Defendant***
                                      ***University of Southern Indiana***


#1427161