**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | | |
|---|---|---|
| JOHN DOE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 3:21-cv-144-TWP-MPB |
| | ) | |
| UNIVERSITY OF SOUTHERN | ) | |
| INDIANA | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING DECLARATION OF BETH DEVONSHIRE**

Defendant, University of Southern Indiana, by counsel, files the attached Declaration of

Beth Devonshire in connection with Plaintiff's Motion for Preliminary Injunction [DE 33].

Dated: November 30, 2021                    Respectfully submitted,

*/s/ Joseph H. Harrison III*
Joseph H. Harrison III (Attorney No. 35248-53)
William P. Kealey (Attorney No. 18973-79)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Telephone:  765-423-1561
Facsimile: 765-742-8175
Email: jhh@stuartlaw.com
         wpk@stuartlaw.com
***Attorneys for Defendant***
***University of Southern Indiana***

#1429845