**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:21-cv-00144-TWP-MPB |
| | ) | |
| UNIVERSITY OF SOUTHERN INDIANA, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY FOR DECEMBER 17, 2021**
**THE HONORABLE TANYA WALTON PRATT, CHIEF JUDGE**

Plaintiff appeared by counsel Robert L. Burkhart, Keith W. Vonderahe, Kristen Hahn and Matthew Stephen Koressel.  Defendant appeared by counsel William P. Kealey and Joseph Heavrin Harrison, III.  Aaron Trump appeared as party representative for Defendant.  David Moxley was the Court Reporter.  Parties appeared for oral argument on Plaintiff's Motion for Preliminary Injunction (Dkt. 33) at the Indianapolis Courthouse.

Attorney Burkhart presented oral argument on behalf of Plaintiff.  Attorney Kealey presented oral argument on behalf of Defendant.

This matter was taken under advisement.

IT IS SO ORDERED.

Date:   12/17/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Robert L. Burkart
ZIEMER STAYMAN WEITZEL & SHOULDERS
rburkart@zsws.com

Kristen Hahn
ZIEMER STAYMAN WEITZEL & SHOULDERS LLP
khahn@zsws.com

Joseph Heavrin Harrison, III
STUART & BRANIGIN
jhh@stuartlaw.com

William P. Kealey
STUART & BRANIGIN
wpk@stuartlaw.com

Matthew Stephen Koressel
ZIEMER STAYMAN WEITZEL & SHOULDERS LLP
mkoressel@zsws.com

Keith W. Vonderahe
ZIEMER STAYMAN WEITZEL & SHOULDERS
kvonderahe@zsws.com