UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CASE NO. 3:21-cv-00144-TWP-MPB |
| ) | |
| UNIVERSITY OF SOUTHERN INDIANA, ) | |
| ) | |
| Defendant ) | |

**ORDER GRANTING MOTION TO MAINTAIN EXHIBIT UNDER SEAL**

The Plaintiff having filed his Motion to Maintain Exhibit Under Seal ("Motion"), and the Court having read and reviewed the same and being duly advised, the Court now finds that said Motion should be GRANTED.

**IT IS THEREFORE ORDERED** that Exhibit 1 to Plaintiff's Verified Motion to Supplement Preliminary Injunction Evidentiary Submission shall and must be immediately sealed and must be maintained under seal.

**SO ORDERED.**

Date: 1/20/2022

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

*Distribution to counsel of record via ECF*