UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CASE NO. 3:21-cv-00144-TWP-MPB |
| | ) |
| UNIVERSITY OF SOUTHERN INDIANA, | ) |
| | ) |
| Defendant | ) |

### PLAINTIFF'S INTERROGATORY TO DEFENDANT

Plaintiff John Doe ("Plaintiff"), by counsel, hereby requests, pursuant to Rule 33 of the Federal Rules of Civil Procedure 33(b)(2), that the Defendant, University of Southern Indiana ("USI"), answer under oath the following interrogatory within two days (2) days of service hereof.

**Definition**: "Jane Doe" refers to the female identified as the complainant in the Title IX proceeding at issue in this case.

**Interrogatory No. 1**: Is Jane Doe currently enrolled as a student at USI?

**Answer**:

ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP

By: */s/ Robert L. Burkart*
Robert L. Burkart, 16664-82
Keith W. Vonderahe, 21908-82
Matthew S. Koressel, 35276-49
Kristen E. Hahn, 36843-82
20 NW First Street, 9th Floor
PO Box 916
Evansville, Indiana 47706-0916
Phone: (812) 424-7575
Fax: (812) 421-5089
rburkart@zsws.com
kvonderahe@zsws.com
mkoressel@zsws.com
khahn@zsws.com

1

**EXHIBIT 1**