UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CASE NO. 3:21-cv-00144-TWP-MPB |
| ) | |
| UNIVERSITY OF SOUTHERN INDIANA, ) | |
| ) | |
| Defendant ) | |

## ORDER

The Plaintiff having filed his Motion for Expedited Discovery, and the Court being duly advised, now finds that said Motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Expedited Discovery be granted, and the Court grants leave to conduct limited expedited discovery pursuant to Federal Rule of Civil Procedure 33(b)(2) and hereby orders Defendant to answer Plaintiff's Interrogatory ("Interrogatory") within two (2) days of the date of this entry.

**SO ORDERED.**

Dated: 1/27/2022

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

*Distribution to counsel of record via ECF*