UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN DOE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 3:21-cv-144-TWP-MPB |
| ) | |
| UNIVERSITY OF SOUTHERN ) | |
| INDIANA ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO SUPPLEMENT**
**PRELIMINARY INJUNCTION EVIDENTIARY RECORD**

Defendant, University of Southern Indiana ("USI"), by counsel, moves the Court to supplement the evidentiary record on John Doe's Motion for Preliminary Injunction [DE 33] (the "Motion") to show the current status of John Doe as a USI student. Specifically, USI seeks entry of an order receiving the following evidence into the Motion record: (a) the declaration of Alexandra Eaton, USI Associate Director of Athletics, attached hereto as Exhibit 1, and (b) the declaration of Joanna Riney, USI Associate Director of Student Financial Assistance, attached hereto as Exhibit 2.

1.   On January 19, 2022, Plaintiff filed his Verified Motion to Supplement Preliminary Injunction Evidentiary Submission [DE 117].

2.   On February 1, 2022, Plaintiff filed his Second Motion to Supplement Preliminary Injunction Evidentiary Submission [127].

3.   USI incorporates by reference its response [DE 126] to John Doe's Motion for Expedited Discovery requesting that leave for John Doe to supplement the record as to Jane Doe

1

also include leave for USI to submit evidence of John's current academic and athletic status at USI.

WHEREFORE USI respectfully requests an order supplementing the Motion record with the attached Exhibit 1 and Exhibit 2.

Dated: February 2, 2022

Respectfully submitted,

*/s/ Joseph H. Harrison III*
Joseph H. Harrison III (Attorney No. 35248-53)
William P. Kealey (Attorney No. 18973-79)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Telephone: 765-423-1561
Facsimile: 765-742-8175
Email: jhh@stuartlaw.com
　　　　wpk@stuartlaw.com
**Attorneys for Defendant**
**University of Southern Indiana**

1450314v1