UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN DOE, Plaintiff, vs. UNIVERSITY OF SOUTHERN INDIANA, Defendant. | Cause No. 3:21-cv-144-TWP-MPB |

### DECLARATION OF ALEXANDRA EATON

I, Alexandra Eaton, declare under the penalty for perjury that:

1. My name is Alexandra Eaton, and I am an adult resident of the State of Indiana. I have personal knowledge of the facts stated in this Declaration.

2. I am currently employed by the University of Southern Indiana as Associate Director of Athletics.

3. For the Spring 2022 semester John Doe is currently academically ineligible to compete as a student-athlete.

I declare under the penalty of perjury that the foregoing statements are true and correct.

Dated: 2/2/22

*Alexandra Eaton* (signature)
Alexandra Eaton

EXHIBIT 1