UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN DOE | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Cause No. 3:21-cv-144-TWP-MPB<br>) |
| UNIVERSITY OF SOUTHERN INDIANA | )<br>)<br>)<br>) |
| Defendant. | ) |

## DECLARATION OF JOANNA RINEY

I, Joanna Riney, declare under the penalty for perjury that:

1. My name is Joanna Riney, and I am an adult resident of the State of Indiana. I have personal knowledge of the facts stated in this Declaration.

2. I am currently employed by the University of Southern Indiana as the Associate Director of Student Financial Assistance.

3. John Doe earned 3 credits with a semester GPA of 0.300 during the Fall 2021 semester. John Doe has a current cumulative GPA of 2.025.

4. To continue earning the Out-of-State Top Scholar Award, John Doe must earn 24 additional credit hours prior to the Fall 2022 semester and obtain a cumulative GPA of 3.0.

5. To continue earning the David L. Rice Scholarship, John Doe must earn 24 additional credit hours prior to the Fall 2022 semester and obtain a cumulative GPA of 2.25.

I declare under the penalty of perjury that the foregoing statements are true and correct.

Dated: 2/2/2022

_____
Joanna Riney

EXHIBIT 2