UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN DOE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 3:21-cv-144-TWP-MPB |
| ) | |
| UNIVERSITY OF SOUTHERN ) | |
| INDIANA ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant having filed its Motion to Supplement Preliminary Injunction Evidentiary Record ("Motion"), and the Court being duly advised, now finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the declarations attached to Defendant's Motion as Exhibit 1 and Exhibit 2 are hereby deemed filed in opposition to Plaintiff's Motion for Preliminary Injunction.

**SO ORDERED.**

Date:    2/3/2022

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**