UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
|     Plaintiff | ) |
| | ) |
| v. | )   CASE NO. 3:21-cv-00144-TWP-MPB |
| | ) |
| UNIVERSITY OF SOUTHERN INDIANA, | ) |
|     Defendant | ) |

## AFFIDAVIT OF ROBERT L. BURKART

I, **ROBERT L. BURKART,** being first duly sworn upon my oath, depose and state:

1. I am an adult male and make the following averments based on personal knowledge.

2. I am one of John Doe's attorneys of record in the above cause of action.

3. On Friday October 29, 2021, I received an email from Aaron Trump, Chief Government and Legal Affairs Officer for USI, who was the USI representative at the settlement conference held in this matter on October 26, 2021. (A true and accurate copy of Mr. Trump's email is attached hereto as Exhibit 1).

4. Shortly after receiving the email, I telephoned Mr. Trump. He informed me that there was a report from John Doe's roommate that John Doe was taking his prescription medication not as prescribed and the roommate was concerned about John Doe.

5. I spoke with Mr. Trump and he indicated that USI had a concern with John Doe's mental health in light of the report; and, because of recent suicides at USI, USI was going to make its Counseling and Psychological Service available to John Doe.

**Exhibit 2**

Mr. Trump further indicated that USI's President, Ron Rochon, wanted to personally speak with John Doe to check his well-being, and I indicated no issue with such contact from the President.

6. I advised Mr. Trump that I would also reach out to John Doe, and that USI should take any action it deemed appropriate to address the immediate concerns with John Doe.

7. After speaking with Mr. Trump, I immediately called John Doe and spoke with him. I subsequently emailed Mr. Trump and thanked him for reaching out to us about John Doe, and told him that I had spoken with John Doe. (A true and accurate copy of said email is attached hereto as Exhibit 2).

8. Mr. Trump emailed me at 12:01 p.m. on October 29, 2021, indicating that President Rochon had a 5-minute conversation with John Doe, and President Rochon indicated he would be willing to contact John Doe's mother but John Doe indicated he had already spoken with his mother about the matter. (A true and accurate copy of said email is attached hereto as Exhibit 3).

8. I shortly thereafter called John Doe's mother and spoke with her.

FURTHER AFFIANT SAITH NOT.

I hereby affirm, under the penalties for perjury, that the foregoing statements are true. Dated this 8th day of February, 2022.

/s/ Robert L. Burkart
Robert L. Burkart

**Exhibit 2**