**From:** Robert Burkart <rburkart@zsws.com>
**Sent:** Friday, October 29, 2021 11:52 AM
**To:** Trump, Aaron C <aaron.trump@usi.edu>
**Cc:** Keith Vonderahe <KVonderahe@zsws.com>
**Subject:** RE: Campus Outreach Request

Aaron:

     We truly appreciate your reaching out to us.  I just talked with ▆▆▆ fatherly and not lawyerly and he said Tuesday was really hard and when his parents left it was hard but he is feeling better and he knows that he has good support around him.  I did not address any self-harm directly but asked him how he was feeling, doing, etc., and how stressful college can be and how many people want to see young kids succeed and are willing to provide support in any way we can because their future is so exciting.  I told him that he can reach out to me or Keith at any time day or night if he is not feeling well and needs to talk and that his coaches and USI personnel would likewise be available at any time to help if he is feeling anxious, emotionally weary, depressed or just uncertain.  As we discussed, do whatever you would on your end to reach out and help.  If his parents are not his emergency contact, let me know and I will call them.  Thanks.
Bob

**From:** Trump, Aaron C <aaron.trump@usi.edu>
**Sent:** Friday, October 29, 2021 10:38 AM
**To:** KVonderahe@zsws.com; RBurkart@zsws.com
**Subject:** Campus Outreach Request

Good Morning Bob and Keith,

Can one of you give me a call when you have a moment.  There is a concern regarding your client and we are hoping to provide additional support as soon as possible.  Wanting to discuss with you first to avoid any possible 4.2 issues.

Either number below is good.

Thanks,

Aaron


Aaron C. Trump

Chief Government and Legal Affairs Officer
Government and Legal Affairs
Office: 812-464-1759 | Cell: 812-219-9342

1
**EXHIBIT 2**

aaron.trump@usi.edu | www.usi.edu



**EXHIBIT 2**