# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

May 17, 2022

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 22-1864 <br><br> Caption: <br> JOHN DOE, <br>　　　　　Plaintiff - Appellant <br><br> v. <br><br> UNIVERSITY OF SOUTHERN INDIANA, <br>　　　　　Defendant - Appellee |
| District Court No: 3:21-cv-00144-TWP-MPB <br> Clerk/Agency Rep Roger A. G. Sharpe <br> District Judge Tanya Walton Pratt <br><br> Date NOA filed in District Court: 05/17/2022 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)