## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:21-cv-00144-TWP-MPB |
| | ) | |
| UNIVERSITY OF SOUTHERN INDIANA, | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

The Court hereby sets the Final Pretrial Conference for <u>April 8, 2024, at 9:00 a.m. EST</u>, in Room 330, Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana, and the Jury Trial to begin on <u>May 6, 2024, at 9:00 a.m. EST</u>, in Courtroom 301, Winfield K. Denton Federal Building, Evansville, Indiana.  At the final pretrial conference, Counsel shall be prepared to discuss the status of the action, including all matters requiring completion prior to trial.  Counsel shall review the Court's Courtroom Procedures and Trial Practice.

IT IS SO ORDERED.

Date:   11/29/2022

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Robert L. Burkart
ZIEMER STAYMAN WEITZEL & SHOULDERS
rburkart@zsws.com

Joseph Heavrin Harrison, III
STUART & BRANIGIN
jhh@stuartlaw.com

William P. Kealey
STUART & BRANIGIN
wpk@stuartlaw.com

Matthew Stephen Koressel
ZIEMER STAYMAN WEITZEL & SHOULDERS LLP
mkoressel@zsws.com

Keith W. Vonderahe
ZIEMER STAYMAN WEITZEL & SHOULDERS
kvonderahe@zsws.com