UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:21-cv-00144-TWP-MPB |
| | ) |
| UNIVERSITY OF SOUTHERN INDIANA, | ) |
| | ) |
| Defendant. | ) |

## SCHEDULING ORDER

This matter is scheduled for a **TELEPHONIC DISCOVERY CONFERENCE** on **FEBRUARY 27, 2023** at 1:30 p.m., Evansville time (CST), before the Honorable Matthew P. Brookman, United States Magistrate Judge. The purpose of this conference is to assist the parties in a discovery dispute. Before 5:00 p.m. (CST) on February 22, 2023, the parties are **DIRECTED** to e-mail the Magistrate Judge, at Lauren_Steed@insd.uscourts.gov, and opposing counsel, a brief outline, which shall not exceed **two pages**, of the dispute and their respective positions on the issue. Parties shall also e-mail copies of ONLY the discovery requests that are disputed, NOT ALL of the interrogatories, requests for production, and non-party subpoenas. **The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.**

SO ORDERED.

Dated: February 10, 2023

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**