UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:21-cv-00144-TWP-MPB |
| | ) |
| UNIVERSITY OF SOUTHERN INDIANA, | ) |
| | ) |
| Defendant. | ) |

**MAGISTRATE JUDGE'S MINUTE
ENTRY ON TELEPHONIC
DISCOVERY CONFERENCE**

This matter came before the Honorable Matthew P. Brookman, United States Magistrate Judge, by telephone, at 1:30 p.m., Evansville time (CST), on February 27, 2023, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel.

No further orders are entered at this time.

**Dated:** February 28, 2023

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**