UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:21-cv-00144-TWP-MJD |
| | ) |
| UNIVERSITY OF SOUTHERN INDIANA, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter comes before the Court on Defendant D. Stafford & Associates' Notice for Extension of Time. [Dkt. 231.] Although Defendant's filing was titled as a notice, it was filed as a motion with a proposed order, and it requests a 28-day enlargement of time to file a response to Plaintiff's Second Amended Complaint. [*Id.*] Local Rule 6-1(a) provides that any unopposed initial enlargement of time to respond to a pleading may not exceed 28 days and **must** be obtained by way of a Notice of Extension of Time (without a proposed order), rather than by a motion. S.D. Ind. L.R. 6-1(a). Defendant seeks a 28-day enlargement of time to respond to Plaintiff's Second Amended Complaint, and represents that Plaintiff does not oppose that request. Therefore, Defendant's Notice filed as a motion with a proposed order at Docket No. [231] is **STRICKEN** as having been filed in violation of Local Rule 6-1(a), and the Clerk is directed to show Docket No. [231] as **stricken** from the docket. Defendant D. Stafford & Associates shall promptly file a proper Notice of Extension of Time (without a proposed order),

in compliance with Local Rule 6-1(a), and Defendant is permitted to file the notice even though the deadline for doing so has now passed.

SO ORDERED.

Dated: 5 JUN 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.