UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN DOE )<br>    Plaintiff )<br>)<br>v. )<br>)<br>UNIVERSITY OF SOUTHERN INDIANA, )<br>DAMEION DOSS, )<br>BETH DEVONSHIRE, )<br>D. STAFFORD & ASSOCIATES, )<br>KAREN NUTTER, and )<br>GRAND RIVER SOLUTIONS, INC. )<br>    Defendants ) | CASE NO. 3:21-cv-00144-TWP-MJD |

## ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL DATE

This cause comes before the court on the parties' Joint Motion to Continue Trial Date, and the Court having read and considered the same and being otherwise duly advised in the premises now GRANTS said Motion.

IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED AND DECREED that the final pretrial conference set for April 8, 2024, and the trial set for May 6, 2024, are hereby VACATED.

IT IS FURTHER CONSIDERED, ORDERED, ADJUDGED AND DECREED that a final pretrial conference is hereby scheduled for July 17, 2024 at 10:00 a.m. in Room 330, Indianapolis, Indiana and a jury trial is hereby scheduled for August 12, 2024 at 9:00 a.m. (EST) in Courtroom 301, Evansville, Indiana.

Because of the age of this case, parties should anticipate no further continuances of the trial date.

**SO ORDERED**

Date: 6/7/2023

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

*Distribution to counsel of record via the Court's electronic filing system*