UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:21-cv-00144-TWP-MJD |
| | ) | |
| UNIVERSITY OF SOUTHERN INDIANA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER REGARDING PARTICIPATION FOR
JUNE 22, 2023 TELEPHONIC STATUS CONFERENCE**

The Court notes that the parties have filed a Joint Motion to Vacate Settlement Conference [Dkt. 251], which the Court will address during the telephonic status conference scheduled for **June 22, 2023 at 4:00 p.m. (Central) / 5:00 p.m. (Eastern)**. [Dkts. 232 & 249.] To facilitate the rescheduling of the settlement conference, counsel for the parties are **ordered** to ensure that **each individual counsel, party, client representative, and insurance representative** who plans participate in the settlement conference in this matter **appears in person for the June 22, 2023 telephonic status conference** by calling **877-336-1839, Access Code 4951264, Security Code 210144**.

SO ORDERED.

Dated: 21 JUN 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.