UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:21-cv-00144-TWP-MJD |
| | ) | |
| UNIVERSITY OF SOUTHERN INDIANA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court on Defendant's Motion for Excuse Delores Stafford from the October 24, 2023 Settlement Conference. [Dkt. 254.] The motion requests leave for Defendant D. Stafford & Associates to be represented by counsel and its insurance carrier at the upcoming settlement conference. The motion is **GRANTED IN PART** and **DENIED IN PART**. D. Stafford & Associates is excused from having an officer of the entity present for the settlement conference, so long as the following conditions are satisfied: (1) D. Stafford & Associates must be represented at the settlement conference by an individual, other than its counsel of record in this case, with the complete, independent and discretionary authority to settle the case, in the representative's sole discretion, as required by the Court's orders setting the settlement conference, [Dkt. 247 at 1-2 & n.1.]; (2) an individual must be present for the settlement conference with the authority to execute any and all settlement documents on behalf of D. Stafford & Associates, which individual may be its counsel of record; and (3) Ms. Stafford must all be available by telephone during the course of the settlement conference in the event her participation in the conference is

deemed necessary by the Magistrate Judge. In the event D. Stafford & Associates cannot or will not comply with the above stated conditions, then D. Stafford & Associates' motion is denied.

SO ORDERED.

Dated: 7 JUL 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.