UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:21-cv-00144-TWP-MJD |
| | ) | |
| UNIVERSITY OF SOUTHERN INDIANA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court on Defendant Beth Devonshire's Unopposed Motion to

Excuse In-Person Attendance at the October 5, 2023 Settlement Conference.  [Dkt. 255.]  The

motion requests leave for Defendant Devonshire to be represented by counsel and Defendant

University of Southern Indiana's representative and insurance carrier at the upcoming settlement

conference.  That motion is **GRANTED IN PART** and **DENIED IN PART**.  Ms. Devonshire is

excused from attending the settlement conference in person, so long as the following conditions are

satisfied:  (1) Ms. Devonshire must be represented at the settlement conference by an individual,

other than her counsel of record in this case, with the complete, independent and discretionary

authority to settle the case, in the representative's sole discretion, as required by the Court's order

setting the settlement conference, [Dkt. 247 at 1-2 & n.1]; (2) an individual must be present for the

settlement conference with the authority to execute any and all settlement documents on behalf of

Ms. Devonshire, which individual may be her counsel of record; and (3) Ms. Devonshire must all

be available by telephone during the course of the settlement conference in the event her

participation in the conference is deemed necessary by the Magistrate Judge.  In the event Ms.

Devonshire cannot or will not comply with the above stated conditions, then Ms. Devonshire's

motion is denied.

     SO ORDERED.

Dated:  7 JUL 2023

                          Mark J. Dinsmore
                          United States Magistrate Judge
                          Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.