UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:21-cv-00144-TWP-MJD |
| | ) | |
| UNIVERSITY OF SOUTHERN INDIANA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court on Defendant Karen Nutter's Unopposed Motion to Excuse In-Person Attendance at Settlement Conference. [Dkt. 261.] The motion requests leave for a representative of Grand Rivers Solution's insurance carrier to represent Defendant Nutter at the October 5, 2023 settlement conference. That motion is **GRANTED IN PART** and **DENIED IN PART**. Defendant Nutter is excused from attending the settlement conference in person, so long as the following conditions are satisfied: (1) Defendant Nutter must be represented at the settlement conference by an individual, other than their counsel of record in this case, with the complete, independent and discretionary authority to settle the case, in the representative's sole discretion, for an amount up to the Plaintiff's most recent settlement demand, as required by the Court's order setting the settlement conference, [Dkt. 247 at 1-2 & n.; Dkt. 258]; (2) an individual must be present for the settlement conference with the authority to execute any and all settlement documents on behalf of Defendant Nutter, which individual may be her counsel of record; and (3) Defendant Nutter must be available by telephone during the course of the

settlement conference in the event her participation in the conference is deemed necessary by the Magistrate Judge. In the event Defendant Karen Nutter cannot or will not comply with the above stated conditions, then Defendant's motion is denied.

    SO ORDERED.

Dated: 21 JUL 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.