UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN DOE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNIVERSITY OF SOUTHERN INDIANA, )<br>)<br>Defendant. ) | No. 3:21-cv-00144-TWP-MJD |

**MINUTE ENTRY FOR JULY 21, 2023**
**TELEPHONIC HEARING AND STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference. The parties discussed the status of and future plans for discovery.

The parties also appeared by counsel for a telephonic hearing on Plaintiff's Unopposed Motion for Extension of Expert Witness Deadlines. [Dkt. 264.] The Court, being duly advised, hereby **GRANTS** the motion. Section III of the approved Case Management Plan as amended [Dkts. 164, 177, 188, & 223] is further amended as follows:

**III. Pretrial Pleadings and Disclosures**

F. Plaintiff(s) shall disclose the name, address, and vita of any expert witness with regard to liability issues, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) or (C) on or before **October 3, 2023**. Defendant(s) shall disclose the name, address, and vita of any expert witness with regard to liability issues, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) or (C) on or before **November 3, 2024**. Plaintiff(s) shall disclose the name, address, and vita of any expert witness with regard to damages, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) or (C) on or before **December 15, 2023**. Defendant(s) shall disclose the name, address,

and vita of any expert witness with regard to damages, and shall serve the report required by Fed. R. Civ. P. 26(a)(2)(B) or (C) on or before **January 16, 2024**.

G. Notwithstanding the provisions of paragraph (F), above, if a party intends to use expert testimony in connection with a motion for summary judgment to be filed by that party, such expert disclosures must be served on opposing counsel **no later than October 3, 2023**. If such expert disclosures are served the parties shall confer **within 3 days** to stipulate to a date for responsive disclosures (if any) and completion of expert discovery necessary for efficient resolution of the anticipated motion for summary judgment. The parties shall make good faith efforts to avoid requesting enlargements of the dispositive motions deadline and related briefing deadlines. Any proposed modifications of the CMP deadlines or briefing schedule must be approved by the Court.

All other requirements of the approved Case Management Plan as amended [Dkts. 164, 177, 188, & 223] remain in effect.

**No further enlargement of the case deadlines will be granted**.

This matter is scheduled for a telephonic status conference on **Thursday, August 17, 2023 at 10:00 a.m. (Central) / 11:00 a.m. (Eastern)** to discuss case status, as well as the parties' next Supplemental Joint Report on the Status of Discovery, which is due August 15, 2023. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

SO ORDERED.

Dated: 24 JUL 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.