UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:21-cv-00144-TWP-MJD |
| | ) | |
| UNIVERSITY OF SOUTHERN INDIANA, | ) | |
| | ) | |
| Defendant. | ) | |

**MINUTE ENTRY FOR AUGUST 17, 2023**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference. The parties discussed the status of and future plans for discovery.

This matter is scheduled for a telephonic status conference on **Thursday, September 14, 2023 at 3:00 p.m. (Central) / 4:00 p.m. (Eastern)** to discuss case status, as well as the parties' next Supplemental Joint Report on the Status of Discovery, which is due September 12, 2023. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 21 AUG 2023

_____

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.