UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:21-cv-00144-TWP-CSW |
| | ) |
| UNIVERSITY OF SOUTHERN INDIANA, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is Defendant, D. Stafford & Associates' *Motion to Excuse Nate Hartman from Personally Attending the Settlement Conference.* (Dkt. 280). The October 5, 2023 settlement conference which is the subject of said Motion has since been vacated by separate order. (Dkt. 285). Therefore, the court hereby **DENIES as moot** said motion.

**IT IS THEREFORE ORDERED** that Defendant D. Strafford & Associates shall have its claims representative attend the settlement conference in-person in this matter on December 19, 2023 at 9:00 a.m. CST.

**SO ORDERED**.

**Date**: September 29, 2023

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distribution:

Robert L. Burkart
ZIEMER STAYMAN WEITZEL & SHOULDERS
rburkart@zsws.com

Joseph Heavrin Harrison, III
STUART & BRANIGIN
jhh@stuartlaw.com

Timothy V. Hoffman
SANCHEZ DANIELS & HOFFMAN LLP
thoffman@sanchezdh.com

William P. Kealey
Stuart & Branigin LLP
wpk@stuartlaw.com

Matthew Stephen Koressel
ZIEMER STAYMAN WEITZEL & SHOULDERS LLP
mkoressel@zsws.com

D. Craig Lamb
Wilson Elser Moskowitz Edelman & Dicker, LLP
craig.lamb@wilsonelser.com

John R. McInerney
jmcinerney@sanchezdh.com

Edward M. O'Brien
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
edward.obrien@wilsonelser.com

Keith W. Vonderahe
ZIEMER STAYMAN WEITZEL & SHOULDERS
kvonderahe@zsws.com