UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:21-cv-00144-TWP-CSW |
| | ) | |
| UNIVERSITY OF SOUTHERN INDIANA, | ) | |
| DAMEION DOSS, | ) | |
| BETH DEVONSHIRE, | ) | |
| D. STAFFORD & ASSOCIATES, | ) | |
| KAREN NUTTER, | ) | |
| GRAND RIVER SOLUTIONS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**MAGISTRATE JUDGE'S MINUTE ENTRY ON
TELEPHONIC DISCOVERY CONFERENCE**

This matter came before the Honorable Crystal S. Wildeman, United States Magistrate Judge, by telephone, at 8:30 a.m., Evansville time (CST), on November 17, 2023, for a telephonic conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel and addressed four topics: (1) Plaintiff's Fifth, Sixth, and Seventh Requests for Production; (2) Plaintiff's 30(b)(6) notice for Defendant University of Southern Indiana; (3) Defendant USI's *Motion to Quash* Plaintiff's 30(b)(6) deposition subpoena; (4) briefing schedule modifications regarding motions for summary judgment; and (5) the remote appearance of D. Stafford & Associates' insurance representative at the upcoming settlement conference.

Thereafter, the following **ORDER** is entered:

1. The parties may engage in motion practice, if necessary, regarding Plaintiff's Fifth, Sixth, and Seventh Requests for Production, and Defendant's privilege objections.

2.  Parties shall conduct the Rule 30(b)(6) deposition of Defendant USI on **December 1, 2023, at 9 a.m. Evansville time (CST), on USI's campus**.

3.  Defendant USI's *Motion to Quash* (Dkt. 322) is hereby **DENIED AS MOOT** due to scheduling changes of defense counsel.

4.  The parties shall abide by the following briefing schedule regarding motions for summary judgment:

    a.  Plaintiff shall have until **December 15, 2023**, to file a response to the Defendants' motion for summary judgment. If Plaintiff chooses to file a cross-motion for summary judgment, Plaintiff shall do so in within the same document.

    b.  Defendants shall have until **January 15, 2024**, to file replies in support of their motions for summary judgment, as well as responses to Plaintiff's cross-motion for summary judgment, if applicable.

    c.  Plaintiff shall have until **February 2, 2024**, to file a reply in support of Plaintiff's cross-motion for summary judgment.

5.  D. Stafford & Associates' *Motion to Join in Motion of University of Southern Indiana* (Dkt. 312, referencing USI's motion at Dkt. 310) is **GRANTED IN PART** and **DENIED IN PART**. D. Stafford & Associates' request to continue the settlement conference is **DENIED**. D. Stafford & Associates' request for their insurance representative, Nate Hartman, to appear at the December 19, 2023, settlement conference remotely is **GRANTED**. Counsel is responsible for ensuring a stable video connection, and all remote participants must be fully engaged for the duration of the settlement conference.

**SO ORDERED.**

Date: November 20, 2023

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

- 2 -

**Distributed electronically to all ECF-registered counsel of record.**