UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CASE NO.  3:21-cv-00144-TWP-CSW |
| | ) | |
| UNIVERSITY OF SOUTHERN INDIANA, *et al*., | ) | |
| Defendants. | ) | |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT
AS TO LIABIILITY ON PLAINTIFF'S SECOND AMENDED
COMPLAINT AS TO ALL DEFENDANTS**

COMES NOW the Plaintiff pursuant to FRCP 56 and moves the Court for judgment as to liability on Counts I, II and III of Plaintiff's Second Amended Complaint against all Defendants as to the respective claims asserted against them. Plaintiff files contemporaneously herewith a Designation of Evidence and Consolidated Brief.

WHEREFORE, Plaintiff requests an order granting said Motion and entering judgment as to liability on each respective claim asserted against each Defendant in Counts I, II and III of Plaintiff's Second Amended Complaint, and for all other just and proper relief in the premises.

Respectfully submitted,
ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP

By: */s/ Robert L. Burkart*
Robert L. Burkart #16664-82
Keith W. Vonderahe #21908-82
Matthew S. Koressel #35276-49
20 NW First Street, 9th Floor
PO Box 916
Evansville, Indiana 47706-0916
Phone: (812) 424-7575
Fax: (812) 421-5089
rburkart@zsws.com
kvonderahe@zsws.com
mkoressel@zsws.com
Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I certify that on the 15th day of December, 2023, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

William P. Kealey - wpk@stuartlaw.com

Joseph H. Harrison III - jhh@stuartlaw.com

Craig Lamb - Craig.lamb@wilsonelser.com

Edward O'Brien - Edward.O'Brien@wilsonelser.com

Timothy V. Hoffman - thoffman@sanchezdh.com

John R. McInerney - JMcInerney@sanchezdh.com

/s/ Robert L. Burkart
Robert L. Burkart