UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN DOE,                           ) | |
|     Plaintiff            ) | |
|                          ) | |
| v.                                  ) | CASE NO. 3:21-cv-00144-TWP-CSW |
|                          ) | |
| UNIVERSITY OF SOUTHERN INDIANA, *et al.*, ) | |
|     Defendants.          ) | |

**ORDER GRANTING PLAINTIFF'S MOTION TO ACCEPT PLAINTIFF'S CONSOLIDATED SUMMARY JUDGMENT BRIEF AS TIMELY FILED DUE TO TECHNICAL DIFFICULTIES EXPERIENCED WHILE FILING, TO PERMIT PLAINTIFF TO FILE A SUBSTITUTED CONSOLIDATED SUMMARY JUDGMENT BRIEF AND REQUEST FOR PERMISSION TO PROVIDE HYPERLINKED DEPOSITIONS FILED UNDER SEAL ON A THUMB DRIVE OR CD**

COMES NOW the Court and this matter having come before the Court on Plaintiff's Motion to Accept Plaintiff's Consolidated Summary Judgment Brief as Timely Filed Due to Technical Difficulties Experienced While Filing, to Permit Plaintiff to File a Substituted Consolidated Summary Judgment Brief, and Request for Permission to Provide Hyperlinked Depositions Filed Under Seal on a Thumb Drive or CD and accompanying Declaration that Party was Unable to File in a Timely Manner Due to Technical Difficulties, and being duly advised therein does hereby GRANT said Motion;

IT IS ORDERED that Plaintiff's Consolidated Summary Judgment Brief is hereby deemed timely filed, and Plaintiff may file a substituted Consolidated Summary Judgment Brief within seven days hereof to correct the page numbering issues, and Plaintiff may tender to the Court the seventeen (17) separate deposition transcripts in hyperlinked format to each exhibit therein, as were filed under seal on this Court's docket on Friday, December 15, 2023, as Exhibits 1-3, 54, 58-61 to Plaintiff's Designation of Evidence on a thumb drive within seven days hereof.

Date: 12/21/2023

*[Signature]*

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record**