UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:21-cv-00144-TWP-CSW |
| | ) |
| UNIVERSITY OF SOUTHERN INDIANA, | ) |
| DAMEION DOSS, | ) |
| BETH DEVONSHIRE, | ) |
| D. STAFFORD & ASSOCIATES, | ) |
| KAREN NUTTER, | ) |
| GRAND RIVER SOLUTIONS, INC., | ) |
| | ) |
| Defendants. | ) |

**MAGISTRATE JUDGE'S ORDER ON
SETTLEMENT CONFERENCE**

This matter came before the Honorable Crystal S. Wildeman, United States Magistrate Judge, in Evansville, Indiana, at 9:00 a.m., Central time (CST), on December 19, 2023, for a conference under Rule 16, Federal Rules of Civil Procedure. The parties were present and represented by counsel.

The parties conducted settlement negotiations, but they were unable to reach an agreement. No further orders are entered at this time.

**SO ORDERED.**

Dated: December 21, 2023

_Crystal S. Wildeman_
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**