UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:21-cv-00144-TWP-CSW |
| | ) |
| UNIVERSITY OF SOUTHERN INDIANA, | ) |
| DAMEION DOSS, | ) |
| BETH DEVONSHIRE, | ) |
| D. STAFFORD & ASSOCIATES, | ) |
| KAREN NUTTER, | ) |
| GRAND RIVER SOLUTIONS, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter comes before the Court on Plaintiff's Unopposed Motion for Seven Day Extension to file his Reply to Defendant USI's Response to Plaintiff's Motion to Compel (Dkt. No. 371), and the Court being duly and sufficiently advised, now **GRANTS** said Motion;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows: Plaintiff's deadline to file his Reply to Defendant USI's Response to Plaintiff's Motion to Compel (Dkt. No. 352) is hereby extended to and including **March 5, 2024.**

**SO ORDERED.**

Date:  February 23, 2024

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Served electronically on all ECF-registered counsel of record