# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| JOHN DOE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 3:21-cv-144-TWP-CSW |
| ) | |
| UNIVERSITY OF SOUTHERN ) | |
| INDIANA, et al. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT UNIVERSITY OF SOUTHERN INDIANA'S
## NOTICE OF AUTOMATIC INITIAL EXTENSION OF TIME
## TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Pursuant to S.D. Ind. Local Rule 6-1, Defendant University of Southern Indiana ("USI"), by counsel, files its notice of automatic initial extension of time, and states as follows:

1. Plaintiff filed his Second Amended Complaint Demand for Jury Trial on April 24, 2023 (ECF 196).

2. Plaintiff's Second Amended Complaint asserted two claims against USI: Count I: Violation of Title IX (against USI only) and Count III: Intentional Infliction of Emotional Distress (against all defendants named in Plaintiff's Second Amended Complaint).

3. On March 25, 2024, the Court entered an Order on Defendants' Motions to Dismiss. (ECF 379). As part of that ruling, the Court granted USI's motion to dismiss Count III of John Doe's Second Amended Complaint. (*Id.*).

4. In light of the Court's recent ruling, USI's response to Plaintiff's Second Amended complaint is due April 8, 2024.

5. This deadline has not been previously extended.

6. USI requires additional time, twenty-eight (28) days, within which to respond to

Plaintiff's Second Amended Complaint, up to and including May 6, 2024.

7. The extension of time will not interfere with the Case Management Plan, scheduled hearings or trials, or other deadlines set by court order.

8. The undersigned counsel has contacted Plaintiff John Doe's counsel and counsel for Defendants Grand River Solutions, Inc. and Karen Nutter who agree to the extension of time.

Dated: April 3, 2024	Respectfully submitted,

*/s/ Joseph H. Harrison III*
Joseph H. Harrison III (Attorney No. 35248-53)
William P. Kealey (Attorney No. 18973-79)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Telephone: 765-423-1561
Facsimile: 765-742-8175
Email: jhh@stuartlaw.com
         wpk@stuartlaw.com
***Attorneys for Defendant***
***University of Southern Indiana***

3505635.1