# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:21-cv-00144-TWP-CSW |
| | ) |
| UNIVERSITY OF SOUTHERN INDIANA, | ) |
| | ) |
| Defendant. | ) |

## ENTRY

The parties have responded to the Court's Oder to Show Cause concerning the propriety of allowing the Plaintiff John Doe ("John") to proceed in this case in anonymity. (*See* Filing No. 414, Filing No. 415, Filing No. 416, Filing No. 420, Filing No. 421, Filing No. 422). This matter (Filing No. 408) is referred to the Magistrate Judge to determine whether this case should or should not proceed under pseudonyms.

Date: 5/30/2024

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

Magistrate Judge Crystal S. Wildeman

Robert L. Burkart
ZIEMER STAYMAN WEITZEL & SHOULDERS
rburkart@zsws.com

Joseph Heavrin Harrison, III
STUART & BRANIGIN
jhh@stuartlaw.com

Timothy V. Hoffman
SANCHEZ DANIELS & HOFFMAN LLP
thoffman@sanchezdh.com

William P. Kealey
Stuart & Branigin LLP
wpk@stuartlaw.com

Matthew Stephen Koressel
ZIEMER STAYMAN WEITZEL & SHOULDERS LLP
mkoressel@zsws.com

D. Craig Lamb
Wilson Elser Moskowitz Edelman & Dicker, LLP
craig.lamb@wilsonelser.com

John R. McInerney
jmcinerney@sanchezdh.com

Edward M. O'Brien
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
edward.obrien@wilsonelser.com

Keith W. Vonderahe
ZIEMER STAYMAN WEITZEL & SHOULDERS
kvonderahe@zsws.com