UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  3:21-cv-00144-TWP-CSW |
| | ) | |
| UNIVERSITY OF SOUTHERN INDIANA, | ) | |
| *et al.*, | ) | |
| Defendants. | ) | |

## **NOTICE OF APPEAL**

Notice is hereby given that the Plaintiff, John Doe, hereby appeals to the United States Court of Appeals for the Seventh Circuit the Order on Plaintiff's Objection to Magistrate Judge's Order on Plaintiff's Use of Pseudonym entered in this action on July 11, 2024 [Dkt. 440], overruling Plaintiff's Objection to the Magistrate Judge's Order on Plaintiff's Use of Pseudonym dated June 11, 2024. [Dkt. 431].

Respectfully submitted,

ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP

By: */s/ Robert L. Burkart*
　　　Robert L. Burkart #16664-82
　　　Keith W. Vonderahe #21908-82
　　　Matthew S. Koressel #35276-49
　　　20 NW First Street, 9th Floor
　　　Evansville, Indiana 47706-0916
　　　Phone: (812) 424-7575
　　　rburkart@zsws.com
　　　kvonderahe@zsws.com
　　　mkoressel@zsws.com

　　　*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on July 18, 2024, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

William P. Kealey - wpk@stuartlaw.com
Andrew Bokeno- aj.bokeno@wilsonelser.com
Edward O'Brien - Edward.O'Brien@wilsonelser.com

*/s/ Robert L. Burkart*
Robert L. Burkart