UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:21-cv-00144-TWP-CSW |
| ) | |
| UNIVERSITY OF SOUTHERN INDIANA, ) | |
|    *et al.*, ) | |
|     Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, John Doe, hereby appeals to the United States Court of Appeals for the Seventh Circuit the Order Granting Defendant Motion to Dismiss Plaintiff's Title IX, Injunctive Relief Claim For Lack of Standing entered in this action on July 23, 2024. [Dkt. 448].

        Respectfully submitted,

        ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP

    By: */s/ Robert L. Burkart*
        Robert L. Burkart #16664-82
        Matthew S. Koressel #35276-49
        20 N.W. First Street, 9th Floor
        P.O. Box 916
        Evansville, Indiana 47706-0916
        T: (812) 424-7575
        F: (812) 421-5089
        Email: rburkart@zsws.com &
                mkoressel@zsws.com

    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on July 29, 2024, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| William P. Kealey | wpk@stuartlaw.com |
| Andrew Bokeno | aj.bokeno@wilsonelser.com |
| Edward O'Brien | Edward.obrien@wilsonelser.com |

*/s/ Robert L. Burkart*
Robert L. Burkart