# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:21-cv-00144-TWP-CSW |
| | ) |
| UNIVERSITY OF SOUTHERN INDIANA, | ) |
| KAREN NUTTER, | ) |
| GRAND RIVER SOLUTIONS, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER DIRECTING EXPEDITED BRIEFING

This matter is before the Court on Plaintiff John Doe's Motion to Stay Pending Appeal (Filing No. 454). Due to the upcoming pretrial conference date of August 14, 2024, and trial date of September 17, 2024, the Court sets an expedited briefing schedule on the Motion.

Defendant University of Southern Indiana and Defendants Grand River Solutions and Karen Nutter shall file a response to the Motion no later than **Friday, August 2, 2024**. No reply is anticipated.

**SO ORDERED.**

Date: 7/30/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

Aj Bokeno
Wilson Elser
aj.bokeno@wilsonelser.com

Robert L. Burkart
ZIEMER STAYMAN WEITZEL & SHOULDERS
rburkart@zsws.com

Joseph Heavrin Harrison, III
STUART & BRANIGIN
jhh@stuartlaw.com

Timothy V. Hoffman
SANCHEZ DANIELS & HOFFMAN LLP
thoffman@sanchezdh.com

William P. Kealey
Stuart & Branigin LLP
wpk@stuartlaw.com

Matthew Stephen Koressel
ZIEMER STAYMAN WEITZEL & SHOULDERS LLP
mkoressel@zsws.com

John R. McInerney
jmcinerney@sanchezdh.com

Edward M. O'Brien
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
edward.obrien@wilsonelser.com

Keith W. Vonderahe
ZIEMER STAYMAN WEITZEL & SHOULDERS
kvonderahe@zsws.com