# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

July 30, 2024

**To:**  Roger A. G. Sharpe
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 24-2318
>
> Caption:
> JOHN DOE,
>       Plaintiff - Appellant
>
> v.
>
> UNIVERSITY OF SOUTHERN INDIANA, KAREN NUTTER and GRAND RIVER SOLUTIONS, INC.,
>       Defendants - Appellees
>
> District Court No: 3:21-cv-00144-TWP-CSW
> Clerk/Agency Rep Roger A. G. Sharpe
> District Judge Tanya Walton Pratt
>
> Date NOA filed in District Court: 07/29/2024

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)