UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. 3:21-CV-00144-TWP-CSW |
| | ) |
| UNIVERSITY OF SOUTHERN INDIANA, *et al.* | ) |
| | ) |
| *Defendants*. | ) |

## ORDER GRANTING DEFENDANTS' JOINT MOTION TO VACATE PRETRIAL CALENDAR AND TRIAL DATE PENDING RESOLUTION OF PLAINTIFF'S SEVENTH CIRCUIT APPEAL OF THE COURT'S PSEUDONYMITY DETERMINATION OR, ALTERNATIVELY, FOR A STATUS CONFERENCE TO ADDRESS PSEUDONYMITY AND THE TRIAL DATE

This matter is before the Court on the motion of Defendants University of Southern Indiana ("USI") and Grand River Solutions, Inc., and Karen Nutter (collectively the "GRS Defendants") (together, "Defendants"), to Vacate Pretrial Calendar and Trial Date Pending Resolution of Plaintiff's Seventh Circuit Appeal of the Court's Pseudonymity Determination or, Alternatively, for a Status Conference to Address Pseudonymity and the trial Date, and the Court being sufficiently advised, it is **HEREBY ORDERED** that Defendants' Motion is **GRANTED**. The August 14, 2024, pretrial conference, and September 17, 2024, jury trial date and all related deadlines are **VACATED** and will be **RESET** pending resolution of Plaintiff's pending Seventh Circuit appeal relating to the use a pseudonym. Dkt. 462 is **denied as moot.**

Date: 7/31/2024

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF