# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:21-cv-00144-TWP-CSW |
| | ) |
| UNIVERSITY OF SOUTHERN INDIANA, | ) |
| DAMEION DOSS, | ) |
| BETH DEVONSHIRE, | ) |
| D. STAFFORD & ASSOCIATES, | ) |
| KAREN NUTTER, | ) |
| GRAND RIVER SOLUTIONS, INC., | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

The Court having this day made its Order directing the entry of final judgment, now enters **FINAL JUDGMENT**.

Judgment is entered in favor of Defendant's University of Southern Indiana, Dameion Doss, Beth Devonshire, D. Stafford & Associates, Karen Nutter, and Grand River Solutions, Inc..

This action is **TERMINATED**.

Dated: 9/24/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

DISTRIBUTION:

Aj Bokeno
Wilson Elser
aj.bokeno@wilsonelser.com

Robert L. Burkart
ZIEMER STAYMAN WEITZEL & SHOULDERS
rburkart@zsws.com

Kristen Hahn
Stoll Keenon Ogden PLLC
kristen.hahn@skofirm.com

Joseph Heavrin Harrison, III
Dentons Bingham Greenebaum LLP
joseph.harrison@dentons.com

Timothy V. Hoffman
SANCHEZ DANIELS & HOFFMAN LLP
thoffman@sanchezdh.com

William P. Kealey
Stuart & Branigin LLP
wpk@stuartlaw.com

Kirstie Klutzke
Stuart & Branigin LLP
kek@stuartlaw.com

Matthew Stephen Koressel
ZIEMER STAYMAN WEITZEL & SHOULDERS LLP
mkoressel@zsws.com

D. Craig Lamb
Wilson Elser Moskowitz Edelman & Dicker, LLP
craig.lamb@wilsonelser.com

John R. McInerney
jmcinerney@sanchezdh.com

Edward M. O'Brien
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
edward.obrien@wilsonelser.com

Keith W. Vonderahe
ZIEMER STAYMAN WEITZEL & SHOULDERS
kvonderahe@zsws.com