# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

October 4, 2024

**To:** Kristine L. Seufert
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

>
> Appellate Case No: 24-2771
>
> Caption:
> JOHN DOE,
>     Plaintiff - Appellant
>
> v.
>
> UNIVERSITY OF SOUTHERN INDIANA, GRAND RIVER SOLUTIONS, INC. and KAREN NUTTER,
>     Defendants - Appellees
>
> District Court No: 3:21-cv-00144-TWP-CSW
> Clerk/Agency Rep Kristine L. Seufert
> District Judge Tanya Walton Pratt
> Court Reporter David W. Moxley
>
> Date NOA filed in District Court: 10/03/2024

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**   (form ID: **188**)